NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. ALBERTO HERRERA-ARTEAGA, a.k.a. Alberto Herrera Arteaga, a.k.a. Juan A. Rita-Herrera, a.k.a. Juan Alberto Rita-Herrera, Defendant-Appellant. | Nos.  16-10493        16-10494 D.C. Nos. 2:11-cr-01154-RM          4:15-cr-01804-RM MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Rosemary Marquez, District Judge, Presiding

Submitted September 26, 2017[**]

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

In these consolidated appeals, Alberto Herrera-Arteaga appeals his guilty-plea conviction and 51-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and concurrent 18-

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

month sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Herrera-Arteaga's counsel has filed a brief stating that there are

no grounds for relief, along with a motion to withdraw as counsel of record.  We

have provided Herrera-Arteaga the opportunity to file a pro se supplemental brief.

No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**